IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KIM N. WELTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:10-cv-672-ID |
| ) | (WO) |
| NATIONWIDE CREDIT, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Currently before the Court is the Plaintiff's Unopposed Motion to Dismiss with Prejudice. (Doc. #14). After reviewing the Plaintiff's motion and the file in this case, it is CONSIDERED and ORDERED

1. That the Plaintiff's Unopposed Motion to Dismiss with Prejudice (Doc. #14) be and the same is hereby GRANTED; and

2. That all of the Plaintiff's claims and causes of action asserted against Defendants Nationwide Credit, Inc. and GE Money Bank be and same are hereby DISMISSED with prejudice with the parties to bear their own costs, attorneys' fees, and expenses.

Done this the 25th day of January, 2011.

/s/   Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE